Michael D. Braun
Braun Law Group, PC
10680 West Pico Blvd., Suite 280
Los Angeles, California 90064
Telephone: (310) 836-6000
Facsimile: (310) 836-6010
service@braunlawgroup.com

Attorneys for Plaintiffs
*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD WOOL and ALLAN MAYER, on behalf of the Sitrick and Company Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. SITRICK and NANCY SITRICK, husband and wife; THE MICHAEL AND NANCY SITRICK TRUST, a trust; RELIANCE TRUST COMPANY, a Georgia corporation;<br><br>Defendants,<br><br>SITRICK AND COMPANY, INC., a California corporation; SITRICK AND COMPANY EMPLOYEE STOCK OWNERSHIP PLAN;<br><br>Nominal Defendants. | No. CV-10-02741 JHN-PJW<br><br>**PLAINTIFFS' NOTICE OF OPPOSITION AND RESPONSE TO SITRICK DEFENDANTS ANSWER TO THIRD AMENDED COMPLAINT** |

KELLER ROHRBACK, P.L.C.
ATTORNEYS AT LAW
CBIZ PLAZA, SUITE 1400
3101 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85012-2600
TEL. (602) 248-0088  FAX (602) 248-2822

Plaintiffs Richard Wool and Allan Mayer on behalf of the Sitrick Company Employee Stock Ownership Plan (collectively "Plaintiffs"), hereby give notice that they object to the assertion by the Defendants Michael S. Sitrick, Nancy Sitrick, Sitrick and Company, Inc., and The Michael and Nancy Sitrick Trust (collectively "Defendants Sitrick") in their Answer to the Third Amended Complaint ("TAC") that the allegations of the TAC at paragraphs 29, 35-68, 72, 90, 98, 109-112, 151, 161, and 189 have been explicitly or implicitly dismissed by the Court's Orders issued November 30, 2010 and March 1, 2011 (Dkt. 81 and 98), and that no response to these paragraphs is therefore required. (Dkt. 100 at p. 2)  The Order issued by this Court on March 1, 2011, dismissed and struck Count One (paragraphs 131-142) and Count Five (paragraphs 175-182), but left all other paragraphs intact (Dkt. 98).  Paragraphs 1-130 of the TAC are background **for all of the claims,** were not stricken by the Court, and must be answered pursuant to Fed.R.Civ.P. 8(b).

Plaintiffs reserve all rights to treat the responses of the Sitrick Defendants to the above allegations as a failure to respond which requires that the allegations of the TAC be deemed admitted under Fed.R.Civ.P. 8(d).

DATED: March 23, 2011

| KELLER ROHRBACK, P.L.C. | KELLER ROHRBACK, LLP |
|---|---|
| By: */s/ Gary D. Greenwald* | Juli E. Farris |
| Gary D. Greenwald | Derek W. Loeser |
| Gary A. Gotto | 1201 Third Avenue, Suite 3200 |
| 3101 North Central Avenue, Suite 1400 | Seattle, Washington 98101 |
| Phoenix, Arizona 85012 | Telephone: (206) 623-1900 |
| Telephone: (602) 248-0088 | Facsimile: (206) 623-3384 |
| Facsimile: (602) 248-2822 | jfarris@kellerrohrback.com |
| ggreenwald@krplc.com | dloeser@kellerrohrback.com |
| ggotto@krplc.com | |

BRAUN LAW GROUP, PC
Michael D. Braun
10680 West Pico Blvd., Suite 280
Los Angeles, California 90064
Telephone: (310) 836-6000
Facsimile: (310) 836-6010
service@braunlawgroup.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on **March 23, 2011, Plaintiffs' Notice of Opposition and Response to Sitrick Defendants Answer to Third Amended Complaint** was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system.

Keith D. Klein
Shelly C. Gopaul
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401
keith.klein@bryancave.com
shelly.gopaul@bryancave.com
Attorneys for Defendant Reliance Trust Company

Matthew J. Pearce
W. Bard Brockman
Bryan Cave LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3488
matt.pearce@bryancave.com
bard.brockman@bryancave.com
Attorneys for Defendant Reliance Trust Company

James J. Brosnahan
Paul Flum
George C. Harris
Morrison & Foerster, LLP
425 Market Street
San Francisco, California 94105
jbrosnahan@mofo.com
pflum@mofo.com
gharris@mofo.com
Attorneys for Defendants Michael S. Sitrick, Nancy Sitrick, and the Michael and Nancy Sitrick Trust

**KELLER ROHRBACK, P.L.C.**
ATTORNEYS AT LAW
CBIZ PLAZA, SUITE 1400
3101 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85012-2600
TEL. (602) 248-0088  FAX (602) 248-2822

Connie M. Anderson
Gregory A. Garbacz
Anthony B. Daye
Klinesinst PC
777 South Figueroa Street, 47th Floor
Los Angeles, California 90017
canderson@klinedinstlaw.com
ggarbacz@klinedinstlaw.com
adaye@klinedinstlaw.com
Attorneys for Defendants Michael S. Sitrick and Nancy Sitrick

Gary D. Greenwald
Gary A. Gotto
Keller Rohrback, PLC
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
ggreenwald@krplc.com
ggotto@krplc.com
Attorneys for Plaintiffs

Juli E. Farris
Derek W. Loeser
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com
dloeser@kellerrohrback.com
Attorneys for Plaintiffs

Michael D. Braun
Braun Law Group, PC
10680 West Pico Blvd., Suite 280
Los Angeles, California 90064
Telephone: (310) 836-6000
Facsimile: (310) 836-6010
service@braunlawgroup.com
Attorneys for Plaintiffs

By: */s/ Gary D. Greenwald*