Michael D. Braun
Braun Law Group, PC
10680 West Pico Blvd., Suite 280
Los Angeles, California 90064
Telephone: (310) 836-6000
Facsimile:  (310) 836-6010
service@braunlawgroup.com

Attorneys for Plaintiffs
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WOOL and ALLAN MAYER, on behalf of the Sitrick and Company Employee Stock Ownership Plan,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL S. SITRICK and NANCY SITRICK, husband and wife; THE MICHAEL AND NANCY SITRICK TRUST, a trust; RELIANCE TRUST COMPANY, a Georgia corporation;<br><br>　　　　　Defendants,<br><br>SITRICK AND COMPANY, INC., a California corporation; SITRICK AND COMPANY EMPLOYEE STOCK OWNERSHIP PLAN;<br><br>　　　　　Nominal Defendants. | No. CV-10-02741 JHN-PJW<br><br>**ORDER DENYING JOINT STIPULATION EXTENDING TIME FOR PLAINTIFFS TO REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE *INSTANTER* FOURTH AMENDED COMPLAINT** |

The Court DENIES the Parties' stipulation, dated June 30, 2011, as moot.

**IT IS SO ORDERED.**

DATED: <u>June 30, 2011</u>

_____
Hon. Jacqueline H. Nguyen
United States District Judge