Michael D. Braun
Braun Law Group, PC
10680 West Pico Blvd., Suite 280
Los Angeles, California 90064
Telephone: (310) 836-6000
Facsimile:  (310) 836-6010
service@braunlawgroup.com

Attorneys for Plaintiffs
*Additional Counsel on Signature Page*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WOOL and ALLAN MAYER, on behalf of the Sitrick and Company Employee Stock Ownership Plan,<br><br>            Plaintiffs,<br><br>    v.<br><br>MICHAEL S. SITRICK and NANCY SITRICK, husband and wife; THE MICHAEL AND NANCY SITRICK TRUST, a trust; RELIANCE TRUST COMPANY, a Georgia corporation;<br><br>            Defendants,<br><br>SITRICK AND COMPANY, INC., a California corporation; SITRICK AND COMPANY EMPLOYEE STOCK OWNERSHIP PLAN;<br><br>            Nominal Defendants. | No. **2:10-cv-02741-JHN-PJWx**<br><br>**ORDER DENYING JOINT STIPULATION EXTENDING CURRENT DEADLINES** |

The Court has reviewed the parties' Joint Stipulation to Continue Dates in this matter. The Court recognizes that there has been substantial litigation in this case, and that the parties wish to engage in global settlement discussions. However, the agreement to defer deposition discovery while a global settlement of the case is pursued was reached without Court approval. At this point, while the Court is prepared to entertain a request for a short continuance, there is no good cause justifying the extensions requested by the parties. The lengthy extensions sought by the Joint Stipulation would result in needless delay and would interfere with the Court's efficient management of this matter. Accordingly, the Joint Stipulation is DENIED.

**IT IS SO ORDERED.**

**DATED: <u>August 19, 2011</u>**

_____
Hon. Jacqueline H. Nguyen
United States District Judge